ADAMS *v.* STATE OF INDIANA.

[No. 13,781.   Filed December 4, 1929.]

*Maurice D. Pleak,* for appellant.

*James M. Ogden,* Attorney-General, and *V. Ed Funk,* Deputy Attorney-General, for the State.

McMAHAN, J.—An affidavit was filed in the Marion Juvenile Court charging appellant with child neglect. After a plea of not guilty, she was tried by the court without a jury, and, on April 29, 1929, was found guilty and "judgment withheld during good conduct." It appearing that there is no judgment from which an appeal can be prosecuted, the appeal is dismissed.